# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARON BROWN**, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-CV-4540** |
| | : | |
| **ARC COMMUNITY TRUST** | : | |
| **OF PA**, *et al.*, | : | FILED |
| Defendants. | : | OCT 26 2018 |
| | | KATE BARKMAN, Clerk |
| | | By_____Dep. Clerk |

## ORDER

AND NOW, this 25th day of October, 2018, upon consideration of the Motions for Leave to Proceed *In Forma Pauperis* filed by *pro se* Plaintiffs Sharon Brown, Shamar Brown, and Anthony Brown (ECF Nos. 1, 2, 3), and their Complaint (ECF No. 4), it is **ORDERED** that:

1. The Browns are **GRANTED** leave to proceed *in forma pauperis*.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 8(a) and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim, for the reasons set forth in the Court's Memorandum.

4. The Browns are given leave to file an amended complaint within thirty (30) days of the date of this Order in the event they can state a basis for a plausible claim for relief over which this Court has jurisdiction. Any amended complaint must identify all of the Defendants in the caption of the amended complaint. Defendants who are not identified in the caption may not be treated as defendants in this case. Any amended complaint must also state the factual basis for the Browns' claims against each defendant by explaining what each defendant did or did not do that caused a violation of their rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send the Browns a blank form complaint to be used by a non-prisoner filing a civil action bearing the civil action number for this case. The Browns may use this form to file an amended complaint.

6. If the Browns fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

                                                **BY THE COURT:**

                                                */s/ Petrese B. Tucker*
                                                **PETRESE B. TUCKER, J.**

ENT'D OCT 26 2018