IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON BROWN, *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4540 |
| | : | |
| ARC COMMUNITY TRUST | : | |
| OF PA, *et al.*, | : | |
|     Defendants. | : | |

FILED
DEC 06 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 30th day of November, 2018, upon consideration of the Amended Complaint that has been signed by Sharon Brown only (ECF No. 8), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to amend the caption to reflect that the following individuals and entities are the named Defendants: ARC Community Trust of PA, Scott Camilleri, Marie DiGiovanni, Deborah McCormick, Millie Milchele, Karen Connor, Sherry Moore, Valrie Graham-Rimes, Julia Vandyke-King, Andew Coyle, and Mary Largent.

2. Shamar Brown and Anthony Brown are **DISMISSED without prejudice** as Plaintiffs in this matter.

3. The Amended Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Any claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Any claims brought pursuant to state law are **DISMISSED without prejudice** for lack of subject matter jurisdiction. Sharon Brown may not file a second amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Petrese B. Tucker*
PETRESE B. TUCKER, J.